UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL    JS-6

| Case No. | **CV 23-3535-CBM(AJRx)** | Date | AUGUST 7, 2024 |
|---|---|---|---|
| Title | Ting Liu v. United States Citizenship and Immigration Services et al | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      In Court      X   In Chambers      X   **Counsel Notified**

Case is ordered closed pursuant to the Notice of dismissal filed on August 6, 2024 [17].
All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)          **CIVIL MINUTES - GENERAL**      Initials of Deputy Clerk YS